UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-CV-24325

MIRKO CHILUZZI,

    Plaintiff,

v.

ITALIAN BOUTIQUE RESTAURANTS, LLC,
and CRISTOFORO PIGNATA,

    Defendants.
_____/

## ORDER ON MOTIONS IN LIMINE

This matter is before the Court on the parties' motions *in limine*. It is hereby

ORDERED that

    1)    Defendants' motion *in limine* [DE-36] is GRANTED IN PART. The Notice of Monetary Determination [DE-36-1 at 1–2] is inadmissible hearsay. However, Defendants' statements in the proceedings may be used for impeachment purposes.

    2)    Plaintiff's motion *in limine* [DE-35] is TAKEN UNDER ADVISEMENT. At the pretrial conference, Defendants shall describe the evidence of fabrication in this case, explain the probative value of the prior lawsuit in light of that evidence, and explain why referencing the prior lawsuit is necessary to make the relevant points. The Court will not allow the merits of the previous lawsuit to be re-litigated in this case. *See, e.g., Guarantee Ins. Co. v. Brand Mgmt. Serv., Inc.*, 12-61670-CIV, 2013 WL 6728177, at *2 (S.D. Fla. Dec. 20, 2013) (excluding evidence of previous lawsuit because its probative value could be obtained more easily from other evidence).

DONE and ORDERED in Miami, Florida, this 26th day of February, 2015.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE